# State Declaration of Write-in Candidacy
## for President and Vice President

STATE **OREGON**

**office**
- ☒ President of the United States
- ☐ Vice President of the United States  To be amended

*RECEIVED 2016 JAN 13 AM 9 35 SECRETARY OF STATE*

**personal information**

( Charles, not used)  Mitchell  Williams
first name    middle    last

_____ _____
email address             phone number

1707 Rutland Ave.    Palatka, FL 32177
residential address     city / state / zip

**campaign information**

POB 33   PALATKA, FL 32178
campaign address (if different from residential address)  city / state / zip

_____   386 329-8603
email address      phone number

CAMPAIGN SLOGAN "America deserves an UNDIVORCED President"

PRIMARY CAMPAIGN INITIATIVE; Bodies of dead Islamic terrorists need to be promptly cooked and fed to pigs. Bones should be burned and stored in ceramic Piggy banks! Take all romance out of being a FOOL!

- ☒ Tea DRINKERS Party
- ☐ Independent Candidate

*My Copy. Please date stamp and return!*

**oath**

I declare that the above information is true,
that I am a natural born citizen of the United States residing at the address listed above,
that I am a write-in candidate for the office as indicated above, and
that, at the time of filing this write-in declaration, I am legally qualified to assume office.

sign: *Mitchell Williams*    date: 1/3/2016

**for office use only**

date _____ office code _____

APPENDIX A

01/2016