CERTIFICATE OF CANDIDACY
FOR WRITE-IN PRESIDENTIAL CANDIDATE
(Section 6-153, Election Law)

| This form shall be filed not later than the third Tuesday before the General Election. |

I hereby give notice of my intent to be a write-in candidate in the State of New York, for the office President of the United States in the General Election to be held on **Nov. 8 2016**

Name of Presidential Write-In Candidate: **(CHARLES not used) MITCHELL WILLIAMS**

Address: **1707 RUTLAND AVE, PALATKA 32177**
**POB 33 PALATKA, FL 32178**

Signature of Presidential Write-In Candidate: *Mitchell Williams*

---

I have named the following person to be my Vice-Presidential candidate:

Name of Vice-Presidential Candidate: **TO BE AMENDED**

Address: _____

CERTIFICATE OF ACCEPTANCE
OF VICE-PRESIDENTIAL CANDIATE

RECEIVED STATE BOARD ELECTIONS JAN 22 2016 NEW YORK STATE

I, _____, residing at _____
(name of Vice-Presidential candidate)

hereby accept being named as the Vice-Presidential candidate for _____
(name of Presidential Write-In Candidate)

at the General Election to be held on _____.

_____
Signature of Vice-Presidential Candidate

NOTARY: On this **19th** day of **Jan**, 20**16**, before me personally appeared _____ to me known and known to me to be the individual described therein, and who executed the foregoing instrument, and acknowledged to me that he/she executed the same.

*Jasmin Rivera*
Notary Public

My Comm. Expires Feb 19, 2016
Commission # EE 165160

APPENDIX B