

# Oklahoma State Election Board

ROOM B-6 • BOX 53156 • STATE CAPITOL • OKLAHOMA CITY, OKLAHOMA 73152 • (405) 521-2391

January 8, 2016

Mitchell Williams
POB 33
Palatka, FL 32178

Dear Mr. Williams,

The State Election Board received the enclosed document from you on January 8, 2016. Oklahoma Statutes do not allow for "write-in" candidates. Therefore, the Secretary of the State Election Board has no authority to accept this document and it is being returned to you.

For information regarding ballot access for presidential electors pledged to the nominee of a political party not recognized under the laws of the State of Oklahoma, please refer to 26 O.S. § 10-101.2.

Sincerely,

Paul Ziriax
Secretary, Oklahoma State Election Board

Enclosures
PZ/cem

APPENDIX C