# STATE OF UTAH
OFFICE OF THE LIEUTENANT GOVERNOR



SPENCER J. COX
LIEUTENANT GOVERNOR

February 3, 2016

Charles Mitchell Williams
1707 Rutland Ave.
Palatka, FL 32177

Dear Charles Mitchell Williams:

If you would like to run as a write-in candidate, you or a person who represents you must file Utah's declaration of write-in candidacy (enclosed) with our office before 5:00 pm on September 9, 2016. Additionally, you or your representative must file this declaration **in person** at our office in Salt Lake City. Our physical address:

Utah State Capitol Building
350 North State Street
Suite 220
Salt Lake City, UT 84103

If you have additional questions about this process, you may visit our website, elections.utah.gov, or contact our office at 801-538-1041.

Sincerely,

Derek Brenchley

Enclosed: Utah Declaration of Write-in Candidacy

APPENDIX D