

# STATE OF NEW JERSEY
## DEPARTMENT OF STATE
TRENTON, NJ 08625
(609) 984-1900

CHRIS CHRISTIE
*Governor*

LT. GOVERNOR KIM GUADAGNO
*Secretary of State*

January 12, 2016

Mr. Mitchell Williams
1707 Rutland Avenue
Palatka, FL  32177

      Re:  Presidential Candidacy

Dear Mr. Williams:

    Our office is in receipt of your correspondence dated, January 3, 2016, regarding your request to be a write in candidate for U.S. President.

    Please be advised that it is possible for you to be a write-in candidate for the 2016 Presidential Election.  There is no formal action required to be a write-in candidate since your name is not printed on the ballot.   New Jersey's voting machines allow any voter the option of writing a personal choice for any office.

    Additional information on becoming a candidate can be found on our website under the heading "Candidate Resources" which contains several links providing further information for prospective candidates, such as age requirements, residency requirements, number of required signatures, etc.    You can find this information by visiting the following link http://nj.gov/state/elections/index.html.

    I hope that you find our website helpful and should you have any further questions. please do not hesitate to contact me at (609) 292-3760.

                  Sincerely,

                  Donna Barber
                  Elections Manager

APPENDIX
E