# Washington State Declaration of Write-in Candidacy
## for President and Vice President

## How to file

**1. office**
Indicate which office you are filing for as a write-in candidate.

A separate form is required for each candidate (President and Vice President). Submit both forms together.

The responsibility of filing for the correct office is yours. You must ensure that you meet all qualifications of the office.

**2. personal information**
Enter your residence and personal information.

**3. campaign information**
If you do not provide campaign information, your personal information will be used as the primary contact information.

Government office addresses may not be used for campaigns.

A telephone number, website or email address is not required, but recommended.

Write-in candidate filings will be listed and made available to the public. Your name will not appear on the general election ballot nor in any official voters' pamphlet.

**4. oath**
Read, sign, and date the oath.

There is no filing fee for the offices of President and Vice President of the United States. A write-in candidate is not required to submit a certificate of nomination.

Once filed, a declaration of write-in candidacy may not be altered.

**when to file**
Declarations of write-in candidacy must be received no later than October 20 2016, 18 days prior to the general election.

**where to file**
Mail your write-in declaration to:
Office of the Secretary of State
PO Box 40229
Olympia, WA 98504-0229

**results**
Write-in votes are not tabulated for individual write-in candidates unless enough write-in votes are cast to potentially change the outcome of the race.

As a declared write-in candidate, any recognizable variation of your name will be counted.

Should you win, you must submit the names of 12 qualified electors for the electoral college.

**for further information**
Elections Division
Email: elections@sos.wa.gov
Telephone: Toll-Free (800) 448-4881
(360) 902-4180

Read more at *www.vote.wa.gov*

---

**Washington State Declaration of Write-in Candidacy**
**for President and Vice President**

**① office**
○ President of the United States
○ Vice President of the United States

**② personal information**
first name    middle    last
email address    phone number
residential address    city / state / zip

**③ campaign information**
campaign address (if different from residential address)    city / state / zip
email address    phone number
website
political party:
○ _____ Party
○ Independent Candidate

**④ oath**
I declare that the above information is true,
that I am a natural born citizen of the United States residing at the address listed above,
that I am a write-in candidate for the office as indicated above, and
that, at the time of filing this write-in declaration, I am legally qualified to assume office.

APPENDIX F