Mitchell Williams
POB 33
Palatka, FL 32178




U.S. POSTAGE
PAID
PALATKA, FL
32177
FEB 19, 16
AMOUNT
$2.52
R2304P118981-05

Office of Clerk
United States District Court
200 NW 4th St.
Room 1210
Oklahoma City, OK 73102

RECEIVED
FEB 22 2016
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY