FILED

IN THE UNITED STATES DISTRICT COURT

FEB 2 2 2016

FOR THE DISTRICT OF OKLAHOMA

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

MITCHELL WILLIAMS

　　　　　Plaintiff

CASE NUMBER CIV-16-163-R

vs.

Oklahoma, Paul Ziriax, et al

　　　　　Defendents

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS/AFFIDAVIT OF INDIGENCY BY PETITIONER/APPELLANT

Petitioner/Appellant _MITCHELL WILLIAMS_ , in propria persona, respectfully moves this Court for an order permitting him/her to proceed in forma pauperis. In support hereof petitioner/appellant submits a financial affidavit of indigency as required by section 57.081 or 57.085(2), Florida Statutes (1997).

Respectfully submitted,

## FINANCIAL AFFIDAVIT

I, _MITCHELL WILLIAMS_, hereby depose and say that I am unable to pay court costs and fees and submit the following information for review: AGE: 72 DATE OF BIRTH: 7/9/1943 MARITAL STATUS: Married ___ Separated ___ Divorced ___ Single ✓ LIST DEPENDENTS, THEIR NAMES, AND AGES:

_____NONE_____

_____

_____

1.

## II. FINANCIAL CONDITION:

Affiant's Gross Income: Weekly $_____ Bi-Weekly $_____ Monthly $ *764*

Spouse's Gross Income: Weekly $ *N/A* Bi-Weekly $ *N/A* Monthly $ *N/A*,

Own Home: Yes ✓ No _____ Monthly Mortgage Payments $ *NONE*
Value of Real Property Owned $ *8100*

Own Automobile: Yes ✓ No _____ Monthly Payments $ *NONE*
Value of Automobile: $ *2000* Year/Make: *1998 Suzuki SIDEKICK*

Value of Personal Property Owned (boats, furniture, stocks, jewelry, etc.):

List all tangible property with a value over $100.00

| Item | $ Value |
|------|---------|
| *25 GOATS @ #40 each* | *$ 1000* |
| *OLD VAN (does NOT RUN) MAYBE* | *$150 AS JUNK* |
| *OLD TRAILER (RESIDENCE)* | *$800* |
| *ELECTRIC BICYCLE* | *$150* |

Amount of Personal Debts (money owed):

*ABOUT $6000*

List creditor and the amount owed to each creditor:
*CLAY ELECTRIC COOPERATIVE, INC   $6000*

Appellants/Petitioner's monthly expenses:
*$ 110 FOR GOAT FEED*
*$ 125 FOR FOOD*
*$ 40 FOR GAS*
*$ 50 FOR TELEPHONE*
*$ 125 FOR POSTAGE (NOW)*

Amount of cash held by petitioner/appellant: $ _ABOUT $750 ON DEBIT CARD_
_AT BEGINNING OF MONTH, $100 AT END_

Balance of checking account: $ _none_

Balance of savings account: $ _none_

Amount held in money-market (stocks, bonds, other tangible personal property): $ _NA NONE_

I certify that I have __✓__ have not _____ been adjudicated indigent under section 57.081, 57.085 or 28 U.S.C. s 1915. If your answer is "YES" and it occurred twice in the preceding three (3) years, you are required to list each suit, action, claim, proceeding, or appeal which you have intervened in any court or other adjudicatory forum in the proceeding five years.

1. _MITCHELL WILLIAMS VS. BILL PHILLIPS  SC OF FLORIDA 07-2350_
2. _"       "       "       "  SC OF U.S.  08-5187_
3. _MITCHELL WILLIAMS VS. CLAY ELECTRIC  5DCA  5D-09-4365_

Attach extra sheet(s) if necessary.

Dated this _19_ day of _FEBRUARY_, 20 _16_, at _PALATKA_, Florida.

_[signature]_
Signature of Petitioner/Appellant

Address: _1707 RUTLAND AVE._
_PALATKA, FL 32177_
_386 329-8603_

Sworn to and subscribed before me this
_19_ day of _February_, 20 _16_

_[signature]_

MAILING ADDRESS → _POB 33_
_PALATKA, FL 32178_

My Commission Expires: _11|20|2017_

DESIREE LOWRIE
Notary Public - State of Florida
My Comm. Expires Nov 20, 2017
Commission # FF 072201

3.