

FILED

MAR 11 2016

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MITCHELL WILLIAMS, )
)
   Plaintiff, )
)
v. ) Case No. CIV-16-163-R
)
OKLAHOMA, et al., )
)
   Defendants. )

OBJECTION OF PLAINTIFF

The Plaintiff gives this his Objection to the Recommendation of the Magistrate as follows;

1.    Since leaving school bus driving (and running for office) in Atlanta in October 2002, the Plaintiff has worked full time raising goats. Prior to the collapse of the Russian economy in about 1996, the Plaintiff could sell any goat for any price he asked. Since then prices have rarely been more than $75 for a large goat. Still the activity is pleasent and for a retired person, not too difficult. Low goat prices do have the benefit that they discourage rustling.

2.    Appendix A should answer any question concerning whether the Plaintiff's goats are a livelihood.

3.    The reported $764 of monthly income are half Social Security payments and half S.S.I. Prior to getting S.S.I. the Plaintiff recieved about $126 in food stamps. When he started recieving S.S.I. the food stamps were reduced to $26 per month which was not worth the paperwork that came every month.

4.    The debt to Clay Electric Cooperative does not include a monthly expense because when the Supreme Court of the United States denied certiorari in MITCHELL WILLIAMS vs. BILL

PHILLIPS 68-5187, Clay Electric cut off service. Since then the Plaintiff has lived "Off Grid" with a 165 watt solar panel and a 700 watt generator for overcast weather. This works well for lights, water pump, a very small refridgerator, and (most importantly) the electric bicycle.

*/s/ Mitchell Williams*

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the inclosed Objection of the Plaintiff on parties to this case addressed to;

Paul Ziriax Box 53156, Room B-6, State Capitol, Oklahoma City, OK 73152
Arlene Mahoney 2221 Devine St. POB 5987, Columbia, SC 29250
Derek Brenchley Utah State Capitol, Suite 220, POB 142325, Salt Lake City, Utah 84114-2325, Joel Albin Dept of State 1700 Broadway Suite 200, Denver, CO 80290, this 8 day of *Mar.*, 2016.

*/s/ Mitchell Williams*
Mitchell Williams
POB 33
Palatka, Fl 32178
386 329-8603

---



# PUTNAM COUNTY
# BUSINESS TAX RECEIPT
## 2015 - 2016

**Business ID** 11136

CHARLES M WILLIAMS GOAT FARM
CHARLES M WILLIAMS
PO BOX 33
PALATKA, FL 32178

**Owner(s) Name**
CHARLES M WILLIAMS

Valid 10-01-2015 thru 09-30-2016

APPENDIX A

Is hereby granted the privilege of engaging in or managing any business, profession or occupation of
**Exempt License (NON TRANSFERABLE)**

Putnam County Business Tax Receipt represents proof of payment for the tax and is not to be used to represent any level of qualification, certification, rade or professional expertise to the public. This receipt is furnished in pursuance of county ordinance 06-041.