

Mitchell Williams
POB 33
Palatka, FL 32178

Office of the Clerk
United States District Court
for the Western District of Oklahoma
205 NW 4th St, Room 1210
Oklahoma City, OK 73102