IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MITCHELL WILLIAMS,            )
                              )
   Plaintiff,                 )
                              )
v.                            )   Case No. CIV-16-163-R
                              )
OKLAHOMA, et al.,             )
                              )
   Defendants.                )

MOTION FOR RECONSIDERATION AND MOTION IN THE ALTERNATIVE

The Plaintiff Mitchell Williams files this his Motion for Reconsideration and Motion in the Alternative as follows;

1.      A few months back the Plaintiff had minor surgery that required overnight stay to allow next day driving home. This visit was covered by Medicare and Florida Medicade and in spite of the cost no bill was sent. However later the Plaintiff recieved a letter from the hospital inviting him to send any donation he can. A very wise effort as the Plaintiff intends to send them $50 imediately. This has been a very good month as the Plaintiff noticed that he had $180 extra on his debit cards where normally there is little or none. The probable reason for this is that the Plaintiff spent nothing on his motorcycle project. For some time the Plaintiff has been converting a large motorcycle frame he bought at the junk yard for $100 to run on electric power. The subtotal to date is $1220.11 and although it is still not ready for prime time it has been driven around the yard a few times. Solar charged batteries.

Motion in the Alternative.

2.      The Plaintiff does not claim to be destitute, sleeping under bridges, eating out of garbage cans, however he does have a

very low income. His fortunate situation was because years ago a perfectly unrelated stranger sold him the three acres he lives on for $10. Probably because he was tired of paying the yearly property taxes on the land. Zoned farmland and not well drained. Crude oil is down, postage stamps are down, and the Plaintiff feels that the all or nothing attitude towards filing fees is a mistake. This Court has wasted a lot of time trying to desperately prove that the Plaintiff gets $40 per month more than the filing fee of $400. This is an illusion. In March (late in the month) 2016 the Plaintiff bought two new pairs of pants for $74 at Penny's. With a tear in an old pair the Plaintiff had been left with only two pair for work pants. Previously he had bought at Goodwill for $5 or $6 but often it is impossible to find his (large) size. Every month the Plaintiff gives donations of about 10%. This consists of $60 to his local church and $10 each per month to BBN (Bible Broadcasting Network) and MAF (Missionary Aviation Fellowship) the largest private air force in the world with more than 50 planes worldwide.

3. The easy answer to this problem is to allow the Plaintiff to pay $150 for filing. Everyone except the tortfesors will be satisfied. No donations have been sought or recieved (yet).

*Mitchell Williams*

### CERTIFICATE OF SERVICE

This is to certify that I have sent a copy of the foregoing Motion for Reconsideration and Motion in the Alternative to Respondents addressed to; Paul Ziriax Box 53156, Room B-6, State Capitol Oklahoma City, OK 73152, Arlene Mahoney 2221 Devine St. POB 5987, Columbia, SC 29250, Derek Brenchley Utah State Capitol, Suite 220 POB 142325 Salt Lake City, Utah 84114-2325, Joel Albin Dept of State 1700 Broadway Suite 200, Denver, Co 80290 This _19_ day of _April_, 2016.

*Mitchell Williams* Mitchell Williams POB 33 Palatka, FL 32178 386 329-8603

## BRIEF BIOGRAPHICAL OUTLINE OF MITCHELL WILLIAMS

Mitchell Williams is an aircraft engineer, a full time goat farmer, and an almost constant volunteer public prosecuter in state and federal courts since the 1986 Abortion Wars in Atlanta.

As an Air Force dependent he attended schools in Japan and graduated from Colonial High School in Orlando and had one year study at Southeastern Bible College in Birmingham, Alabama.

Mitchell Williams is an experienced political campaigner having twice been on the Atlanta **mayoral ballot, twice as** a write-in candidate for Governor and once for U.S. Senator. He favors write-in races as they are much cheaper than ballot positions. In addition write-in candidates are NOT eliminated by primary runoffs.

Favorite quotation " Rick Perry's characterization of Mit Romney as a vulture capitalist is insulting to vultures. He is not a vulture capitalist, he is a VAMPIRE capitalist. He doesn't want to eat dead companies, he wants to suck the blood out of them. If they die they won't bleed any more. The best way to deal with the vampire capitalist is same way you deal with the regular vampires. You show them the **symbol** of the CROSS and a clove of garlic and that will run them off imediately. They can't stand the flavor of garlic in their blood."

Mitchell Williams is 69 years old, never married, and of Welsh and American Indian background. Has a stand alone solar electrical system, **electric bicycles, guns,** and 24 **goats** He speaks (but cannot read) Hebrew and speaks and reads Dutch, following long residence in Jerusalem and Holland.



**DON'T waste your valuable presidential vote on your <u>DOG OR CAT</u>. They <u>cannot serve</u> if elected. Providentially; Palatka's own MITCHELL WILLIAMS is the Republican <u>WRITE-IN</u> candidate for U.S. President in this years election. And he is <u>no fool</u>.**