Mitchell Williams
POB 33
Palatka, FL 32178

Office of the Clerk
United States District Court
200 N.W. 4th St.
Oklahoma City, OK 73102-3092




U.S. POSTAGE PAID
PALATKA, FL
32177
APR 19 16
AMOUNT
$0.68
R2304P118981-08

RECEIVED
APR 22 2016
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
DEPUTY