Case 5:16-cv-00163-R   Document 8   Filed 05/06/16   Page 1 of 1

FILED
MAY 6 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MITCHELL WILLIAMS )
    Plaintiff )
 )
vs. )  Case No. CIV-16-163-R
 )
OKLAHOMA, et al )
    Defendents

## MOTION FOR CONSOLIDATION

WRITE-IN CANDIDATE FOR PRESIDENT OF THE UNITED STATES, MITCHELL WILLIAMS, motions this Court for an order consolidating this case with MITCHELL WILLIAMS v. LOUISIANA, ET AL NO.16-93-SDD-EWD now pending in the U.S.D.C. in Baton Rouge, LA.

1. MITCHELL WILLIAMS v. LOUISIANA, ET AL is almost identical to MITCHELL WILLIAMS v. OKLAHOMA ET AL, only the state names are different to hold liable the tortfesors. It was also filed prior to this case and IFP motion was Granted on April 12 2016. At the present time a Hearing is scheduled for May 16, 2016 in the R.B. Long Federal Building, at 2:00 PM.

2. The priority of the Louisiana case would seem to be a presedent over the Oklahoma one and it would seem good to consolidate the two cases to avoid conflict at the district court level concerning the IFP issues.

This __3__ day of May, 2016.

                                    /s/ Mitchell Williams

## CERTIFICATE OF SERVICE

This is to certify that I have sent a copy of the foregoing MOTION FOR CONSOLIDATION TO THE Respondents addressed to; Paul Ziriax Box 53156, Room B-6, State Capitol Oklahoma City, OK 73152, Arlene Mahoney 2221 Devine St. POB 5987, Columbia, SC 29250, Derek Brenchley Utah State Capitol, Suite 220 POB 142325 Salt Lake City, Utah 84114-2325, Joel Albin Dept of State 1700 Broadway Suite 200, Denver, Co 80290 This __3__ day of __MAY__, 2016.          /s/ Mitchell Williams Mitchell Williams POB 33 Palatka, FL 32178  386 329-8603