

Michell Welldown
POB 33
Palatka, FL 32178

Office of Clerk
U.S.D.C. Western District
200 N.W. 4th st.
Oklahoma City, Oklahoma 73102-3892

RECEIVED
MAY 06 2016
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY