IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MITCHELL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-16-163-R |
| STATE OF OKLAHOMA, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court pursuant to the Order entered April 26, 2016, denying Plaintiff's Motion to Reconsider and directing him to pay the $400.00 filing fee on or before May 3, 2016. As of this date, Plaintiff has not paid the filing fee nor sought an extension of time within which to do so. Therefore, this action is DISMISSED WITHOUT PREJUDICE. In light of the dismissal, Plaintiff's Motion to Consolidate filed May 6, 2016, is DENIED as moot.

IT IS SO ORDERED this 17th day of May, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1