# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MITCHELL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-16-163-R |
| STATE OF OKLAHOMA, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered herein this 17th day of May, 2016, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of May, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1