IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 3 1 2016

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKL.
BY_____,DEPUTY

MITCHELL WILLIAMS
    Plaintiff

vs

                CASE NO.  CIV-16-163-R

OKLAHOMA,ET AL
    Defendents
_____/

## NOTICE OF APPEAL

Mitchell Williams,Plaintiff above named give this his notice of appeal from the Order entered in this proceeding on May 17,2016. Appeal is taken to the United States Court of Appeal for the 10th Circuit.

This ___26___ day of May,2016.

*Mitchell Williams*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Notice of Appeal on parties to this action and sent to:
Paul Ziriax Box 53156,Room B-6,State Capitol Oklahoma City,OK 73152
Arlene Mahoney 2221 Devine St. POB 5987, Columbia,SC 29250
Derek Brenchley, Utah State Capitol,Suite 220 POB 142325 Salt Lake City,Utah 84114-2325, Joel Albin Dept. of State 1700 Broadway Suite 200 ,Denver,Co 80290, this ___26___ day of May,2016.

*Mitchell Williams*

Mitchell Williams
POB 33
Palatka,FL 32178
386 329-8603