

Mikel Williams
POB 33
Palatka, FL 32178

Office of the Clerk
USDC for Western Oklahoma
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

RECEIVED
MAY 31 2016
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY