**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

June 01, 2016

[✓] Pro Se   [ ] Retained   [ ] Court Appointed (IFP Granted)   [ ] USA

Case No: CIV-16-163-R                    Date Filed: 05/31/16
Style of Case: Williams v. Oklahoma State of et al
Appellant: Mitchell Williams

[✓] Notice of Appeal          [ ] Amended Notice of Appeal
[ ] Interlocutory Appeal      [ ] Cross Appeal
                              [ ] Tenth Cir. Case No.

Pro se Appellant:
[ ] Motion IFP Forms Mailed/Given   [ ] Motion IFP Filed   [ ] Appeal Fee Paid

Retained Counsel:
[ ] Appeal Fee Paid   [ ] Appeal Fee Not Paid

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms and procedures concerning the requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record found on the Tenth Circuit's website, www.ca10.uscourts.gov.

Payment for this case or motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 working days after the notice of appeal was filed in the Circuit Court. This form must contain the signature of the court reporter if transcripts are being ordered.

If you have questions, please contact this office.

Sincerely,

CARMELITA REEDER SHINN, COURT CLERK

by: s/ M. Liston
    Case Administrator

cc:   Clerk of the Court, Tenth Circuit Court of Appeals
      Mitchell Williams