**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 29, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

MITCHELL WILLIAMS,

    Plaintiff - Appellant,

v.

STATE OF OKLAHOMA; PAUL
ZIRIAX; STATE OF SOUTH
CAROLINA; ARLENE MAHONEY;
STATE OF COLORADO; STATE OF
UTAH,

    Defendants - Appellees.

No. 16-6150
(D.C. No. 5:16-CV-00163-R)
(W.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **LUCERO**, **MATHESON**, and **BACHARACH**, Circuit Judges.
_____

    The district court denied Mitchell Williams's request for *in forma pauperis* ("*ifp*")

status after concluding he had sufficient income to pay the fee for filing for his complaint.

Mr. Williams failed to pay the filing fee, and the district court dismissed his suit without

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of this
appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
submitted without oral argument. This order and judgment is not binding precedent,
except under the doctrines of law of the case, res judicata, and collateral estoppel. It may
be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and
10th Cir. R. 32.1.

prejudice.  Mr. Williams appeals the denial of *ifp*.  Exercising jurisdiction under 18

U.S.C. § 1291, we affirm.  We also deny Mr. Williams's motion to proceed *ifp* on appeal.

Mr. Williams filed a "Complaint and Class Action Lawsuit" against the states of

Oklahoma, South Carolina, Colorado, and Utah, claiming they unconstitutionally denied

him the ability to enter his name on the ballot as a "write-in candidate" for the office of

President of the United States.  ROA at 4.

A magistrate judge issued a report and recommendation, concluding Mr.

Williams's income, although small, exceeded his expenses by several hundred dollars

and recommending denial of *ifp* status.  After considering Mr. Williams's response to the

magistrate judge's recommendation, the district court calculated the difference between

Mr. Williams's income and expenses to be between $440.00 and $550.00 per month,

adopted the recommendation, and denied Mr. Williams *ifp* status.

We review the district court's denial of *ifp* status for abuse of discretion.  *See*

*Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).  Under 28 U.S.C.

§ 1915(a)(1), a district court "may authorize the commencement . . . of any suit [or]

action . . . without prepayment of fees or security therefor, by a person who submits an

affidavit that includes a statement of all assets such prisoner possesses that the person is

unable to pay such fees or give security therefor."

The district court did not abuse its discretion in denying *ifp* status to Mr. Williams.

Our decision in *Brewer v. City of Overland Park Police Department*, 24 F. App'x 977

(10th Cir. 2002) is instructive.  There the plaintiff's "monthly income exceed[ed] his

monthly expenses by a few hundred dollars."  24 F. App'x at 979.  We  denied the

plaintiff's request to proceed *ifp* on appeal even though there was "no evidence that Mr. Brewer [was] acting in bad faith or attempting to take advantage of the system" because "it also appear[ed] he had sufficient income to pay the filing fees at the time th[e] appeal was sought." *Id.* We have carefully reviewed the record and conclude that, like Mr. Brewer, Mr. Williams appears to have sufficient income to pay the fees to file his complaint.

We therefore affirm the district court's denial of *ifp* status to Mr. Williams and dismissal of his suit without prejudice. Because Mr. Williams has provided no non-frivolous arguments to challenge the district court's denial of *ifp* status, we also deny his request to proceed *ifp* on appeal. *See Lister*, 408 F.3d at 1312.

Entered for the Court

Scott M. Matheson, Jr.
Circuit Judge

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

July 29, 2016

Chris Wolpert
Chief Deputy Clerk

Mr. Mitchell Williams
P.O. Box 33
Palatka, FL 32178

**RE:      16-6150, Williams v. State of Oklahoma, et al**
         Dist/Ag docket: 5:16-CV-00163-R

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has
entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/at