# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

August 22, 2016

Chris Wolpert  
Chief Deputy Clerk

Ms. Carmelita Reeder Shinn  
United States District Court for the Western District of Oklahoma  
Office of the Clerk  
200 NW 4th Street  
Oklahoma City, OK 73102

**RE:**     16-6150, Williams v. State of Oklahoma, et al  
            Dist/Ag docket: 5:16-CV-00163-R

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker  
Clerk of the Court

cc:     Mitchell Williams

EAS/mb