# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 26, 2016

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re: Mitchell Williams
          v. Oklahoma, et al.
          No. 16-6581
          (Your No. 16-6150)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on October 22, 2016 and placed on the docket October 26, 2016 as No. 16-6581.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst